1   DANIEL B. CLYMO
    ATTORNEY AT LAW
2   SBN: 214915
    1111 H STREET, SUITE 204
3   SACRAMENTO, CA 95814
    916-447-1200
4   FAX: 916-447-0931

5   Attorney for Defendant,
    THURMAND MAXWELL
6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8
    UNITED STATES OF AMERICA,            Case No.: CR.S-07-248 WBS
9
              Plaintiff,
10                                       SUBSTITUTION OF ATTORNEY
          vs.
11
    THURMAND MAXWELL,
12
              Defendant.
13

14

15       I, THURMAND MAXWELL, defendant in the above-entitled case,

16  hereby substitute MARK J. REICHEL, Esq., as my attorney in the

17  above-entitled matter in the place of DANIEL B. CLYMO, Esq.  Mr.

18  Clymo is being substituted out due to the fact that he is

19  resigning from the CJA panel.  Mr. Reichel has been appointed by

20  the CJA panel to represent Mr. Maxwell.

21  Dated:  October 24, 2008        ____//Thurmand Maxwell_____
                                    THURMAND MAXWELL, Defendant
22       (Original signature retained by attorney Daniel B. Clymo)

23       The undersigned consents to the substitution.

24
    Dated:  October 24, 2008        ___//Mark J. Reichel_____
25                                   MARK J. REICHEL

26  Dated:  October 24, 2008        ___// Daniel B. Clymo_____
27                                   DANIEL B. CLYMO

28

                                  - 1 -

                        SUBSTITUTION OF ATTORNEY

1                                **ORDER**

2        UPON REQUEST OF DEFENDANT, THURMAND MAXWELL, and good cause

3  appearing therefore, it is hereby ordered that MARK J. REICHEL,

4  Esq., be substituted as attorney for the defendant, THURMAND

5  MAXWELL, in the above-entitled matter in the place of DANIEL B.

6  CLYMO.

7  **IT IS SO ORDERED.**

8

9  DATED: October 28, 2008

10

11                                       WILLIAM B. SHUBB
12                                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY