Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-07-00248-WBS |
| ) | |
| Plaintiff, ) | WAIVER OF PERSONAL |
| ) | APPEARANCE; ORDER |
| v. ) | |
| ) | |
| THURMAN MAXWELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

  The undersigned defendant, Thurman Maxwell, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except upon impanelment of jury and trial itself.

  The undersigned defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and hereby agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees to be present in person in court when the jury is impaneled and the trial is under way, or at any time it is ordered by the court..

  The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

Mr. Maxwell asks that the court order his appearance waived in light of his medical condition (diabetes). His transportation to court makes it difficult for him to access insulin or food needed to manage his blood sugar.

DATED: February 18, 2009        /s/ Thurman Maxwell[1], Defendant

I concur in Mr. Maxwell's decision to waive his presence at future proceedings.

DATED: February 18, 2009        /s/ Tim Warriner, Attorney for Defendant, THURMAN MAXWELL

IT IS SO ORDERED.

DATED:  February 20, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.

2