Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| THURMAN MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for March 21, 2011 be vacated, and that judgment and sentencing be set for **June 6, 2011, at 8:30 a.m.** The continuance is needed to afford counsel additional time to address matters concerning the proposed presentence investigation report.

The parties hereby stipulate to the following schedule concerning the presentence investigation report:

| | |
|---|---|
| May 9, 2011 | Informal Objections Due to Probation Officer/Counsel |
| May 16, 2011 | Presentence Investigation Report Disclosed |
| May 23, 2011 | Formal Objections to Presentence Investigation Report to be Filed |

Dated: March 17, 2011    /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: March 17, 2011    /s/ Jason Hitt, Assistant United States Attorney for
                          The Government

<u>ORDER</u>

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the March 21, 2011 sentencing date is vacated, and the matter is set for judgment and sentence to occur on June 6, 2011 at 8:30 a.m. The court adopts the foregoing stipulation of the parties concerning the presentence investigation report.

DATED:  March 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE