Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248-20 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| THURMAN MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for June 6, 2011 be vacated, and that judgment and sentencing be set for **July 11, 2011, at 8:30 a.m.** The continuance is needed to afford counsel additional time to address matters concerning the presentence investigation report.

Dated: June 2, 2011        /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: June 2, 2011        /s/ Jason Hitt, Assistant United States Attorney for
                           The Government

\\\
\\\
\\\

1  ORDER

2  GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the
3  June 6, 2011 sentencing date is vacated, and the matter is set for judgment and sentence to occur
4  on July 11, 2011 at 8:30 a.m.

5  DATED: June 6, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2