1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  660 J St., Suite 390
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  THURMAN MAXWELL

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )    No. CR S 07 0248 WBS
10                              )
            Plaintiff,          )    STIPULATION AND [PROPOSED]
11                              )    ORDER CONTINUING
        v.                      )    SENTENCING DATE
12                              )
   THURMAN MAXWELL,             )
13                              )
            Defendant.          )
14 _____)

15       It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16 Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for July 11, 2011 be vacated, and that judgment and sentencing be set

18 for **September 6, 2011, at 8:30 a.m.** The continuance is needed to afford counsel additional time

19 to address matters concerning the presentence investigation report, and due to defense counsel's

20 involvement in a jury trial through the month of July (*People* v. *Ramirez*, Sacramento Superior

21 Court, No. 09F04168).

22
   Dated: July 6, 2011        /s/ Timothy E. Warriner, Attorney for Maxwell
23
   Dated: July 6, 2011        /s/ Jason Hitt, Assistant United States Attorney for
24                            The Government
   \\\
25
   \\\
26
   \\\
27

28

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the July 11, 2011 sentencing date is vacated, and the matter is set for judgment and sentence to occur on September 6, 2011 at 8:30 a.m.

DATED: July 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2