Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| THURMAN MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for October 24, 2011 be vacated, and that judgment and sentencing be set for **November 28, 2011, at 9:30 a.m.** The continuance is needed to afford both counsel additional time to address matters concerning the presentence investigation report.

Dated: October 19, 2011        /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: October 19, 2011        /s/ Jason Hitt, Assistant United States Attorney for
                               The Government

ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the October 24, 2011 sentencing date is vacated, and the matter is set for judgment and sentence to occur on November 28, 2011 at 9:30 a.m.

DATED:   October 20, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2