Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248-20 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| THURMAN MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

sentencing hearing now set for November 28, 2011 be vacated, and that judgment and sentencing

be set for **December 19, 2011, at 9:30 a.m.** The continuance is needed to afford both counsel

additional time to address matters concerning the presentence investigation report.


Dated: November 21, 2011        /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: November 21, 2011        /s/ Jason Hitt, Assistant United States Attorney for
                                The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the November 28, 2011 sentencing date is vacated, and the matter is set for judgment and sentence to occur on December 19, 2011 at 9:30 a.m.

DATED:   November 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE