Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
THURMAN MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 0248-20 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| THURMAN MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the sentencing hearing now set for February 21, 2012 be vacated, and that judgment and sentencing be set for **March 19, 2012, at 9:30 a.m.** The continuance is needed to afford both counsel additional time to address matters concerning the presentence investigation report.

Dated: February 16, 2012        /s/ Timothy E. Warriner, Attorney for Maxwell

Dated: February 16, 2012        /s/ Jason Hitt, Assistant United States Attorney for
                                The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the February 21, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on March 19, 2012 at 9:30 a.m.

DATED:  February 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2