1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4
   Attorney for Defendant,
5  THURMAN MAXWELL

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,       )     No. CR S 07 0248 WBS
10                                 )
              Plaintiff,           )     STIPULATION AND [PROPOSED]
11                                 )     ORDER CONTINUING
         v.                        )     SENTENCING DATE
12                                 )
   THURMAN MAXWELL,                )
13                                 )
              Defendant.           )
14 _____)

15      It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16 Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for March 19, 2012 be vacated, and that judgment and sentencing be

18 set for **April 30, 2012, at 9:30 a.m.** The continuance is needed to afford both counsel additional

19 time to address matters concerning the presentence investigation report.

20
   Dated: March 15, 2012          /s/ Timothy E. Warriner, Attorney for Maxwell
21
   Dated: March 15, 2012          /s/ Jason Hitt, Assistant United States Attorney for
22                                The Government

ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the March 19, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on April 30, 2012 at 9:30 a.m.

DATED:  March 16, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE