1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4

   Attorney for Defendant,
5  THURMAN MAXWELL

6

7                   IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

   UNITED STATES OF AMERICA,            )     No. CR S 07 0248-20  WBS
10                                       )
                Plaintiff,               )     STIPULATION AND [PROPOSED]
11                                       )     ORDER CONTINUING
         v.                              )     SENTENCING DATE
12                                       )
   THURMAN MAXWELL,                      )
13                                       )
                Defendant.               )
14 _____)

15       It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16 Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for June 4, 2012 be vacated, and that judgment and sentencing be set

18 for **July 30, 2012, at 9:30 a.m.** The continuance is needed to afford both counsel additional time

19 to address matters pertaining to imposition of judgment and sentence.

20
   Dated: May 31, 2012              /s/ Timothy E. Warriner, Attorney for Maxwell
21
   Dated: May 31, 2012              /s/ Jason Hitt, Assistant United States Attorney for
22                                  The Government

<u>ORDER</u>

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the June 4, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on July 30, 2012 at 9:30 a.m.

DATED:  June 4, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE