1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4

   Attorney for Defendant,
5  THURMAN MAXWELL

6

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   No. CR S 07 0248-20 WBS
                                    )
11         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING
12    v.                             )   SENTENCING DATE
                                    )
13 THURMAN MAXWELL,                 )
                                    )
14         Defendant.                )
   _____  )

15      It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16 Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for August 27, 2012 be vacated, and that judgment and sentencing be

18 set for **October 29, 2012, at 9:30 a.m.** The continuance is requested to afford both counsel

19 additional time to address matters pertaining to the imposition of judgment and sentence, and the

20 government's sentencing recommendation..

21
   Dated: August 23, 2012            /s/ Timothy E. Warriner, Attorney for Maxwell
22
   Dated: August 23, 2012            /s/ Jason Hitt, Assistant United States Attorney for
23                                   The Government

24

25

26

27

28

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the August 27, 2012 sentencing date is vacated, and the matter is set for judgment and sentence to occur on October 29, 2012 at 9:30 a.m.

DATED:   August 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2