1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  428 J St., Suite 350
   Sacramento, CA 95814
3  (916) 443-7141

4

   Attorney for Defendant,
5  THURMAN MAXWELL

6

7                       IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )     No. CR S 07 0248 WBS
                                    )
11         Plaintiff,                )    STIPULATION AND [PROPOSED]
                                    )     ORDER CONTINUING
12     v.                            )    SENTENCING DATE
                                    )
13 THURMAN MAXWELL,                  )
                                    )
14         Defendant.                )
   _____)

15      It is hereby stipulated by and between Tim Warriner, counsel for defendant Thurman

16 Maxwell, and Jason Hitt, Assistant United States Attorney, counsel for the government, that the

17 sentencing hearing now set for January 7, 2013 be vacated, and that judgment and sentencing be

18 set for **March 4, 2013 at 9:30 a.m.** The continuance is requested to afford both counsel

19 additional time to address matters pertaining to the imposition of judgment and sentence, and the

20 government's sentencing recommendation..

21
   Dated: January 3, 2013           /s/ Timothy E. Warriner, Attorney for Maxwell
22
   Dated: January 3, 2013           /s/ Jason Hitt, Assistant United States Attorney for
23                                  The Government

## ORDER

GOOD CAUSE APPEARING, and based on the foregoing stipulation of counsel, the January 7, 2013 sentencing date is vacated, and the matter is set for judgment and sentence to occur on March 4, 2013 at 9:30 a.m.

DATED: January 3, 2013

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

2